**United States Court**

November 4,2025

The people of the Court

The court

The state of California

The people of state of California

Brief

North Justice center of Orange county California

The state of California

The people of state of California:

I feel harassed and threatened and discriminated of violating my rights my civil rights,

Before this took place I was walking in my hotel and I had all these people pull up on me I had no idea who they were I was going to walk to get breakfast I was filing some complaints the day before and United States Court in Los Angeles of this matter human trafficking, my car my rental contracted car through my job Uber who has a contract in their own personal corporate aaccount 0with Avis on corporate company account who I am still employed with and still working with a still have the same car that's on this file in my name under my account that I'm probably still paying on today is November 4 nd of 2025 so that would be about 1 year and 4 months that I've had this car under my name and under my account still,

I've been going to some type of a hearing or meeting something that's indicating a 1-minute entry on all my paperwork I've had not had anything mailed to me the correct way CC me

Back to me being in they put me in a holding cell for healthcare to get evaluated and tested for some injuries they left me in this holding cell for 3 days no phone calls no toothbrush no shower no phone calls as to why I don't know, and this was done in Orange county I guess correctional or county facility again best to my knowledge

After this torture and humiliation and assault was done to me unknown I was always I was just told that I was able to leave they bailed me out on a complaint that was e-filed they released my belongings cuz I was living out of my car with all my belongings because I got unlawful illegally evicted without a court order my stuff got vandalized thrown out on the street illegally, that being said all my belongings items that I owned for that matter of time were in that truck I went to go get my belongings that anything that I everything that I owned at that point from this tow yard who had it as it was released by The Police department the car went missing the truck all my belongings went missing they couldn't track down where the vehicle was at they couldn't track down where my belongings were at everything just went missing no one happened to know where it went so to this day I still have not got reimbursed or my belongings given back to me I was told by the courts and also by the public defender that was assigned to me at the beginning that my belongings were going to be returned to me and they were going to be giving to me on record and on paperwork I still have not seen any of that my belongings and all my information and all my paperwork and everything that was in there for my courts has not been returned so it's considered stolen, so now today I'm here November 2nd of 2025 I am staying in the state of New Jersey right now at this moment and I got a phone call from this gentleman who called my father leaving a terrible message saying that I had some type of a warrant

The guy was very rude obnoxious had nothing to provide as documentation to back up this information that he was saying I asked him several times to please provide the paperwork or email it to me  I should not have a warrant I filed a complaint with United States Court for a review due to false claims and of course you know the fraud a paperwork and allegations that were being told to me and I filed it against that actual Court North Justice Court on the paperwork it does say it's in Fullerton California,

they did get served the correct way the da the court in person by email and by certified mail, I did get a letter back from both the da of Orange county California the state of California and also the north Justice Court they were pending and answer which I never received it's now again November 2nd of 2025. With this court paper that was served I filed a continuance for a postponed along with the paperwork from United States Court so they can review it and the court can see what's going on of course this was a complaint, this was done May of 2025 documents were served and certified and signed on June 23rd of 2025 3 three Federal One Superior case filed "complaint"

825 cv01090 SRM dfm

police brutality

Unlawful detained

a letters received from the state of California the people of Orange county California reference number m 25 1820 on June 2nd of 2025, as of today November 2nd of 2025 I had got no paperwork or answer from either party or either the defendents on this case or on the complaint that was non-filed or NF 24 nf1908 in North Justice center stating I bought and received stolen property "" I did not "I did review the message and I did call back and track the number that was calling me my father I cannot find any record of the number in any public business online I did file a report I did file it through the FBI and submitted to tips and of course harassment. Nobody has called me from any type of bails bonds or courts I've been contacting the bails bond that I was told to build me out I've been contacting them on a normal basis they have my number they have my addresses no one has contacted me not once I've sent them every single piece of paperwork of the courts the sir papers the answers anything that pertains to this complaint on any other issue they've had before they've contacted me ,

this is a brief to the best of my knowledge I Angela Dawn Perez Dowling I'm submitting this to review

in my eyes in my belief i look at it feel I was being kidnapped assaulted they violated me violated my civil rights of violated the laws and law of the court

Respectfully submitted

Angela dawn Dowling

The court,the people of court

~~1925-04-0886008~~

· 2024 California
All for a payment issue / creditor issue
Unlawfully detained / unlawful
imprisonment, unlawful retainer

Stoled my vehicle / stole my
clothes

Assult / Battery, Harassment
with Force with harm
  with intent
While police brutality case pending
Washington DC
Violating my civil rights

Refused my one call ~~after~~ before/ booking
Refused medical treatment
Did not book me for 18 hours
have no paper to back up charge
Kept me in holdon sell for 3 days
without showering, Brushing teeth, No Phone
and food once a day.

Assult me shoving putting /&
pushing tighten Cuffs.

```
 1  SUPERIOR COURT OF CALIFORNIA                ELECTRONICALLY FILED
    COUNTY OF ORANGE, NORTH JUSTICE CENTER      SUPERIOR COURT OF CALIFORNIA
 2                                                   COUNTY OF ORANGE

 3                                                      07/15/2024
                                                        11:52 AM
 4                                              DAVID H. YAMASAKI, Clerk of the Court
                                                       24NF1908
 5
    _____
 6  THE PEOPLE OF THE STATE OF CALIFORNIA, )    FELONY COMPLAINT
 7                                          )   BWC AGENCY
                               Plaintiff,   )
 8                                          )
                                            )
 9                                          )
               vs.                          )   No.
10                                          )   OCAT 24-07-007
                                            )   BUENA PARK
11  ANGELA DAWN DOWLING        12/14/79     )
      17178091                              )
12    AKA ANGELA D DOWLING                  )
          ANGELA D PEREZ                    )
13        ANGELA PEREZ                      )
                                            )
14                                          )
                             Defendant(s) )
15  _____

16  The Orange County District Attorney charges that in Orange
17  County, California, the law was violated as follows:

18  COUNT 1: On or about July 11, 2024, in violation of Section 496d
19  (a) of the Penal Code (RECEIVING STOLEN PROPERTY), a FELONY,
    ANGELA DAWN DOWLING did unlawfully buy and receive, conceal,
20  sell, withhold, and aid in concealing, selling, and withholding
21  2023 HYUNDAI KONA, a motor vehicle as defined in Vehicle Code
    section 415, which had been stolen and obtained by theft and
22  extortion, knowing that the property had been stolen and
23  obtained by theft and extortion.

24  /
    /
25  /
    /
26  /
    /
27  /
    /
28  /
    /
    /
```

ANGELA DAWN DOWLING OCAT 24-07-007 PAGE 2

I declare under penalty of perjury, on information and belief, that the foregoing is true and correct.

Dated 07-15-2024 at Orange County, California.
    JS/LW 24F02423


TODD SPITZER, DISTRICT ATTORNEY

by:  /s/ JEFF SCHUNK
JEFF SCHUNK, Deputy District Attorney

RESTITUTION CLAIMED

[ ] None
[ ] $_____
[ X ] To be determined

PROP36/PC1000 ELIGIBILITY:

ANGELA DAWN DOWLING - Prop36 INELIGIBLE/PC1000 INELIGIBLE

BAIL RECOMMENDATION:

ANGELA DAWN DOWLING  -  $ 25,000.00

NOTICES:

The People request that defendant and counsel disclose, within 15 days, all of the materials and information described in Penal Code section 1054.3, and continue to provide any later-acquired materials and information subject to disclosure, and without further request or order.

Pursuant to Welfare & Institutions Code §827 and California Rule of Court 5.552, notice is hereby given that the People will seek a court order to disseminate the juvenile case file of the defendant/minor, if any exists, to all parties in this action, through their respective attorneys of record, in the prosecution of this case.

*FELONY COMPLAINT E-FILED (DA CASE# 24F02423) 07-15-2024*
*OC DNA NOT ON FILE: ANGELA DOWLING*

THE DECLARATION IS SIGNED BY ARRESTING OFFICER ☑
THE DECLARATION IS SIGNED BY ANOTHER OFFICER ☐   EXPLAIN WHY ARRESTING OFFICER HAS NOT SIGNED THE DECLARATION

| I DECLARE UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF CALIFORNIA, THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY INFORMATION AND BELIEF. | EXECUTED ON DATE/TIME:<br>7/11/2024 12:14:16 PM | AT ORANGE COUNTY, CALIFORNIA, BY:<br>Det. Willy Lopez | BADGE NO:<br>1164 |

ON THE BASIS OF THE OFFICER'S DECLARATION
I HEREBY DETERMINE THAT ⊙ THERE IS  ○ THERE IS NOT    PROBABLE CAUSE TO BELIEVE THIS ARRESTEE HAS COMMITTED A CRIME

HEARING OFFICER NOTES:

DATE/TIME:              SIGNATURE OF HEARING OFFICER:
7/11/2024 1:40:28 PM    Jonathan Fish

THE DECLARATION IS SIGNED BY ARRESTING OFFICER ☑
THE DECLARATION IS SIGNED BY ANOTHER OFFICER ☐   EXPLAIN WHY ARRESTING OFFICER HAS NOT SIGNED THE DECLARATION

| I DECLARE UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF CALIFORNIA, THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY INFORMATION AND BELIEF. | EXECUTED ON DATE/TIME: 7/11/2024 12:14:16 PM | AT ORANGE COUNTY, CALIFORNIA, BY: Det. Willy Lopez | BADGE NO: 1164 |

ON THE BASIS OF THE OFFICER'S DECLARATION
I HEREBY DETERMINE THAT ⊙ THERE IS   ○ THERE IS NOT    PROBABLE CAUSE TO BELIEVE THIS ARRESTEE HAS COMMITTED A CRIME

HEARING OFFICER NOTES:

DATE/TIME:            SIGNATURE OF HEARING OFFICER:
7/11/2024 1:40:28 PM   Jonathan Fish

NOT FILED

24NF1908 - DOWLING, ANGELA

0009

THE DECLARATION IS SIGNED BY ARRESTING OFFICER ☑
THE DECLARATION IS SIGNED BY ANOTHER OFFICER ☐   EXPLAIN WHY ARRESTING OFFICER HAS NOT SIGNED THE DECLARATION

| | | | |
|---|---|---|---|
| I DECLARE UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF CALIFORNIA, THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY INFORMATION AND BELIEF. | EXECUTED ON DATE/TIME: 7/11/2024 12:14:16 PM | AT ORANGE COUNTY, CALIFORNIA, BY: Det. Willy Lopez | BADGE NO: 1164 |

ON THE BASIS OF THE OFFICER'S DECLARATION
I HEREBY DETERMINE THAT ⊙ THERE IS   ○ THERE IS NOT   PROBABLE CAUSE TO BELIEVE THIS ARRESTEE HAS COMMITTED A CRIME

HEARING OFFICER NOTES:

DATE/TIME:          SIGNATURE OF HEARING OFFICER:
7/11/2024 1:40:28 PM   Jonathan Fish

Not Filed

24NF1908 - DOWLING, ANGELA                                                          0007

*[Handwritten across top: "Only court papers"]*

| | CASE NUMBER |
|---|---|
| | 24-07-007 |

## ORANGE COUNTY AUTO THEFT TASK FORCE

**INCIDENT REPORT**

---

During our surveillance, at approximately 1030 hours, a female exited Room #354 and walked to the stolen vehicle. The female was later identified as Angela Dowling (DOB 12-14-1979). Dowling was positively identified by her Texas driver's license #17178091, which was found in her possession.

Inv. Romero and Inv. Enriquez were able to see Dowling walk to the car and open the door to the stolen vehicle. Once Dowling sat in the driver's seat of the stolen vehicle, all police personnel began to approach Dowling. Dowling was detained and placed in handcuffs by Investigator Enriquez without incident.

While Dowling was seated on a nearby cement curb and in handcuffs, I chose to read Dowling her Miranda Rights verbatim using my department-issued yellow notepad. Dowling told me she understood her Miranda Rights and chose to speak to me. The following is a summary of my conversation with Dowling:

Dowling confirmed the Hyundai Kona was a vehicle she rented from Avis in Houston, Texas. Dowling stated she was an uber driver and used the car for work. She has had this specific vehicle since May 11, 2024, but had prior rented different vehicles from Avis. Dowling told me she did not know why the vehicle was reported stolen because she has been making payments for it; however, Dowling was unable to provide any proof of making recent payments. Dowling stated she has never missed any payments and pays weekly for the vehicle. Refer to my body worn camera recording for further details.

Dowling was extremely irate and uncooperative during my investigation; therefore, she was placed in the back of Officer Hogan's police vehicle while I continued my investigation. *[handwritten: "Fraud?"]*

Dowling told me my partners and I could search her room. After officers made sure no one else was staying in her motel room, Inv. Ranck and Inv. Watkins searched for any evidence related to the stolen vehicle. Inv. Ranck located paperwork which appeared to be bank statements in the room. I collected the documents which showed a payment was last made on April 29, 2024 in the amount of $348.28 to Avis Rent-A-Car, and there was nothing more recent. Neither myself or other investigators were able to locate any recent payment information for the stolen vehicle during our investigation. I collected these documents for evidence. *[handwritten: "July 4 was due" / "Fraud"]*

Dowling requested medical attention because she was complaining of pain to her wrist and neck from prior injuries she had sustained before we contacted her. The Orange County Fire Authority responded and cleared her from any type of medical issues, and Dowling seemed completely fine. After Dowling was medically cleared, I had Officer Hogan transport Dowling to the Orange County Jail for the booking process. *[handwritten: "Refused treatment for me"]*

Once at the Orange County Jail, she was booked per CPC 496d(a) - Possession of a stolen vehicle, and her personal belongings she wanted were booked at the Orange County Jail. The rest of her belongings were left in the stolen car and her motel room per her request, after I offered to place her belongings that were in the stolen car into her motel room.

| INVESTIGATING OFFICER | DATE | SUPERVISOR | DATE |
|---|---|---|---|
| Detective Willy Lopez | 07/14/2024 | Sgt. Jeanne E. Lopez #2274 | 07/14/2024 |

3 | Page



| | CASE NUMBER |
|---|---|
| | 24-07-007 |

## ORANGE COUNTY AUTO THEFT TASK FORCE

INCIDENT REPORT

---

### SYNOPSIS

Named suspect rented a vehicle and stopped making payments. After the rental company was unable to retrieve their vehicle from the suspect, they reported it stolen to the Houston Police Department. I located the vehicle and the named suspect in Buena Park and the suspect was taken into custody.

### NARRATIVE

On July 11, 2024, at approximately 0740 hours, I was assigned to the Orange County Auto Theft Task Force (OCATT) and located a stolen vehicle. The stolen vehicle was located at the Motel 6 parking lot which is located at 7051 Valley View Street in the city of Buena Park. The stolen vehicle was a red 2023 Hyundai Kona with a Texas license plate of TJH6679. The stolen vehicle was unoccupied and parked on the north portion of the parking lot.

I conducted a law enforcement records check on the above-mentioned vehicle, which showed the vehicle was reported stolen by the Houston Police Department on 6-27-24. Houston Police Department Incident No. 857090-24.

Additional OCATT detectives arrived to assist with my investigation. Investigator B. Romero, Investigator E. Beltran, Investigator R. Enriquez, Investigator T. Ranck, Investigator S. Watkins, and Sergeant E. Lopez were all the OCATT investigators present during my investigation. Buena Park Police Officer Reyes, and Officer Hogan also assisted in my investigation.

We began surveillance of the stolen vehicle in attempt to locate the suspect in possession of it. I was able to locate a Motel 6 parking pass on the dashboard of the stolen vehicle as I walked by it to confirm the Vehicle Identification Number (VIN). I was able to confirm the VIN was a match to the stolen vehicle. I was also able to get information from the parking pass which led me to identifying a room number associated to the stolen vehicle.

I then conducted follow-up at the Motel 6 front office. I was able to retrieve a copy of the room registration attached to the stolen vehicle from the General Manager who was identified as ▇▇▇▇ ▇▇▇▇▇. The stolen vehicle was connected to Room #354 and the room was registered to a female named Angela Dowling. A copy of the room registration was attached to this case file.

I watched the video surveillance from the front office in attempt to identify the suspect. However, the video recording was poor in quality and I was unable to get a recording of the suspect checking into the motel.

I was notified by OCATT Investigator Dasilva that the named suspect was an Angela Dowling. I was later able to confirm this information once I spoke to the reporting party, ▇▇▇▇▇▇▇▇ and retrieved a copy of the Houston Police report which was attached to this case file.

| INVESTIGATING OFFICER | DATE | SUPERVISOR | DATE |
|---|---|---|---|
| Detective Willy Lopez | 07/14/2024 | Sergeant E. Lopez #2274 | 07/14/2024 |

2 | Page



CASE NUMBER
24-07-007

## ORANGE COUNTY AUTO THEFT TASK FORCE

INCIDENT REPORT

During my investigation, I contacted the reporting party, ███████ via telephone. The following is a summary of my conversation with ███████.

███████ is an Agency Operator for Avis and has worked for them for about 19 years. ███████ confirmed he was the one who reported the vehicle stolen to the Houston Police Department. ███████ stated he recalled reporting this vehicle stolen and has dealt with Dowling in the past. ███████ told me Dowling was always late to make payments on her rental vehicle and eventually stopped making payments for the rental vehicle. ███████ told me the last payment Dowling made was on April 29, 2024. ███████ and the Avis company had attempted to retrieve the vehicle back from Dowling; however, were unsuccessful. ███████ even notified Dowling he reported the vehicle stolen and she still refused to return the vehicle. ███████ stated the vehicle was worth approximately $33,000 dollars and on behalf of Avis was desirous of prosecution.

███████ emailed me the case file related to Dowling and the stolen vehicle. This included the rental agreement which included Dowling's personal information and the stolen vehicle's information. It also included the demand letter which was sent to Dowling via USPS Certified Mail to her listed address in Texas. There were also notes of all their attempts to recover the vehicle which included sending her text messages, emails and going to Dowling's listed address. Even after all the attempts and notifying Dowling they reported the vehicle stolen, she refused to return the vehicle.

Copies of the documents were attached to this case file. The needed foundational questions regarding the documents will be conducted with ███████ at a later time.

A CHP-180 Form was completed and the vehicle was towed by Archies Tow per CVC 22653(c). Avis was notified of the stolen vehicle recovery and the stolen vehicle was removed from the Stolen Vehicle System.

Based on the totality of my investigation, I respectfully request the Orange County District Attorneys Office charge Dowling with CPC 496d(a)- Possession of a stolen vehicle.

NOTE: During my investigation, one of Dowling's cell phones fell to the ground causing only the screen protector to crack. I photographed the damage screen protector, notified my supervisor, and notified Dowling. Dowling was advised to make a claim with the City of Buena Park if she wanted to for the broken screen protector.

A portion of my investigation was recording on my department issued body worn camera.

Review

| DATE OF VIOLATION | SUSPECT | VICTIM | OFFENSE/REASON |
|---|---|---|---|
| 07/11/2024 | Angela Dowling | ███████ | CPC 496d(a) |

| INVESTIGATING OFFICER | DATE | SUPERVISOR | DATE |
|---|---|---|---|
| Detective Willy Lopez | 07/14/2024 | Sgt. E. Lopez #2274 | 07/14/2024 |

4 | Page





a signature of a hearing officer named Jonathan Fish please know it was signed and dated by a hearing officer named Jonathan Fish

as I review it's also stating that this was a agency that assaulted arrested I might say an illegally unlawfully unlawfully detained me Orange county task force after this took place I sat in booking for over 13 hours before they could have paperwork in order to book me they didn't have any documentation or paperwork in order to book me in I was told by the workers there employees they also held me in a helding cell without a phone call without anything about any type of paperwork backing up this horrible arrest or complaint after that took place they were able to put me in a facility I guess in the county I was able to leave on Monday this happened on a Thursday July 11th of 2024 I was able to leave on Monday July 15th of 2024

I extended my state in this facility due to wanting to speak to a judge about these false complaint that was filed against me without the proper proceedings being taken being that it was under contract under my job they were taking it out of my job credit card and also my personal bank account and also my account from Uber each week each day that is the way the contract works through the Uber driver app

Within this time I got to speak to a couple of doctors and counselors and psychiatrists I explained every detail of everything that was going on in my life for the past since 2019 that took place and why I think I was being attacked and why I feel that this was a hate crime and why I feel that it was a conspiracy and attack against me and it was plotted in planned that's all documented with the county,

After this appointment with these medical team somebody went and took me from the bed that I was in and put me in some type of a mental hospital I was told by the therapy and the therapist that I was going to be put temporary few hours in this cell so I can go get some tests done and some X-rays and some MRIs done because I explained the treatment that I was getting for the past couple years and the police brutality that was pending and also the medical malpractice and also the legal malpractice that was being done to me I was in three different incidents in a matter of 6 months and 2019 major injury to my back my chest and my my neck the cars were both totaled and the airbags deployed in both times of course non-fault on my behalf it was the person who was driving on top of the police brutality that took place with one female officer who tortured me with a bag over my head and left me handcuff for almost 4 to 5 hours and left me there bleeding and busted face and nose unconscious yelling and screaming kidnapped I was search then gathered with another nine officers and it holding so I don't know what happened with that point on so I've been through a lot of trauma and I feel that this is intentionally being done to hurt me and harm me a hate crime,